Sean M. Carroll (SBN 027171)
Christopher T. Curran (SBN #032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  scarroll@clarkhill.com
            ccurran@clarkhill.com

*Attorneys for Defendant ETC10PHX LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>            Plaintiff,<br><br>vs.<br><br>ETC10PHX LLC,<br><br>            Defendant. | Case No. 2:18-cv-01048-DGC<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Defendant ETC10PHX LLC ("ETC10PHX"), together with Plaintiff Fernando Gastelum ("Plaintiff"), have agreed to settle this action. Accordingly, the Parties respectfully request the Court continue all hearings presently scheduled before the Court and stay all other matters in this action for a period of sixty (60) days while the Parties negotiate and finalize settlement documents and prepare a Stipulation to Dismiss.  A proposed order is filed concurrently herewith.

Dated this 26th day of June, 2018.

. . .

. . .

219862114.1 51456/329241

**CLARK HILL PLC**

By:  *s/ Sean M. Carroll*
     Sean M. Carroll
     Christopher T. Curran
     Clark Hill PLC
     14850 N. Scottsdale Rd., Suite 500
     Scottsdale, AZ 85254
     *Attorneys for Defendant*

**STROJNIK, P.C.**

By:  *s/ Peter Strojnik (with permission)*
     Peter Strojnik
     Strojnik, P.C.
     2375 East Camelback Rd., Suite 600
     Phoenix, AZ 85016
     *Attorneys for Plaintiff*

219862114.1 51456/329241

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
**STROJNIK P.C.**
ada@strojnik.com
*Attorneys for Plaintiff*


    *s/ Joyce Johnston*

3

219862114.1 51456/329241