# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ETC10PHX LLC,<br><br>　　　　　　Defendant. | No. CV18-1048-PHX DGC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

The Court has reviewed the Stipulation to Dismiss with Prejudice filed by the parties. Doc. 23.

**IT IS ORDERED** that the parties' stipulation to dismiss with prejudice (Doc. 23) is **granted.**  This case is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 12th day of July, 2018.

_____
David G. Campbell
United States District Judge